# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES GRAHAM, as Special Administrator for the Estate of Anthony Huff, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> GARFIELD COUNTY CRIMINAL JUSTICE AUTHORITY, an Oklahoma Title 60 authority; BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GARFIELD, a Political Subdivision of the State of Oklahoma, et. al <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: CIV-17-634-M |

## DEFENDANT JENNIFER NILES'S UNOPPOSED MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER

COMES NOW Defendant Jennifer Niles, by and through her counsel of record, and requests this Court enter an Agreed Amended Protective Order in light of this Court's Order [Doc. 95] on Defendants' Joint Motion to Renew Stay. Defendant Niles states as follows:

1. The parties have engaged and continue to engage in written discovery subject to the previously entered Agreed Protective Order [Doc. 73]. Given the Court's ruling with respect to a Stay [Doc. 95], depositions are expected to be taken in the near future. The Court's Order sets out certain terms of discovery to proceed at this time. Hence, the

parties desire to amend the Protective Order to reflect the Court's Order relative to the limited Stay.

2. All parties have agreed on the terms an Agreed Amended Protective Order, which comports with the terms of the Court's Order relative to its granting, in part, a limited Stay and imposing protective measures as to depositions which are taken during the period of the limited Stay.

3. Defendant Niles requests that the Court approve and enter the Agreed Amended Protective Order, and there is no opposition from any party.

4. The proposed Agreed Amended Protective Order will be emailed to the Court and all counsel as customary.

WHEREFORE, Defendant Jennifer Niles requests that the Court approve this Unopposed Application for Entry of Amended Protective Order.

Respectfully submitted,

s/Carson C. Smith
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
Carson C. Smith, OBA No. 22303
Pierce Couch Hendrickson
 Baysinger & Green, L.L.P.
1109 N. Francis
Oklahoma City, Oklahoma  73106
Telephone:    (405) 235-1611
Facsimile:    (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
csmith@piercecouch.com
*Attorneys for Defendant Jennifer Niles*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Donchin             dlb@dlb.net
Hilary S. Allen              dlb@dlb.net
DURBIN, LARIMORE & BIALICK

Clint Claypole               clint@lcb.law
Randy J. Long                randy@lcb.law
Reagan D. Allen              reagan@lcb.law
LONG, CLAYPOLE & BLAKLEY LAW, PLC.

Edward J. Wyant              eddie@wyantlawfirm.com
WYATT LAW FIRM
*Attorneys for Plaintiff*

Chris J. Collins             cjc@czwlaw.com
Jordan L. Miller             jlm@czwlaw.com
COLLINS, ZORN, WAGNER, P.C.
*Attorneys for Defendants Garfield County*
*Criminal Justice Authority; Board of County Commissioners*
*of Garfield County and Jerry Niles, in his Official Capacity*

Alexander C. Vosler   avosler@johnsonhanan.com
Sean P. Snider        ssnider@johnsonhanan.com
Alexandra G. Ahloy    aahloy@johnsonhanan.com
JOHNSON HANAN & VOSLER
*Attorneys for Defendants*
*Turn Key Health Clinics and Lela Goatley*

James L. Gibbs, II           jgibbs@gphglaw.com
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
*Attorney for Defendant Jerry Niles in his*
*Individual Capacity*

        s/ Carson C. Smith
        Carson C. Smith