UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) JAMES GRAHAM, as SPECIAL ADMINISTRATOR
for the ESTATE OF ANTHONY HUFF, Deceased,

     Plaintiff,

vs.

(1) GARFIELD COUNTY CRIMINAL JUSTICE
AUTHORITY, an Oklahoma Title 60 authority;
(2) BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF GARFIELD, a Political Subdivision of the
State of Oklahoma;
(3) JERRY NILES, individually;
(4) THE SHERIFF OF GARFIELD COUNTY, in his
Official Capacity;
(5) JENNIFER NILES, individually and in her official
capacity as Jail Administrator of the Garfield County jail;
(6) TURN KEY HEALTH CLINICS, LLC, an Oklahoma
limited liability corporation;
(7) LELA GOATLEY, an individual;  and
(8-10) JOHN DOES (1-3), unknown individuals who were
involved but not yet identified,

     Defendants.

Case No. 5:17-cv-00634-SLP

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

Plaintiff,  James Graham, as Special Administrator for the Estate of Anthony Huff,

deceased, may call any or all of the following witnesses for his case in chief during trial.

Plaintiff reserves the right to amend or supplement his list of witnesses upon completion of

discovery.

**WITNESS LIST**

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|---|---|---|---|
| 1. | James Graham<br>Enid, OK | Deposed. Will testify as to background, history and facts related to Anthony Huff | Expected |
| 2. | Jerry Niles<br>Sheriff<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Deposed. Will testify as to facts and circumstances related to use of restraint chairs; matters related to Anthony Huff; organization, rules, policies and procedures related to Garfield County Sheriff's Office | Expected |
| 3. | Jennifer Niles<br>Jail Administrator<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Deposed. Will testify as to facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | Expected |
| 4. | John Markus<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Deposed. Will testify as to facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | Expected |

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|---|---|---|---|
| 5. | Aaron Moore<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Will testify as to facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | Expected |
| 6. | Andrew Gibson<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Will testify as to facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | May be Called |
| 7. | Austin Burkes<br>Enid Police Department | Will testify as to facts and circumstances surrounding June 4, 2016, arrest of Mr. Huff and his history with Mr. Huff | Expected |
| 8. | Jason Reim<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Called by Garfield County Sheriff's Office after Mr. Huff died and started an investigation | May be Called |
| 9. | Steven Bartley<br>Fire Dept. | Will testify arrived at scene after Mr. Huff died and facts and circumstances surrounding scene | May be Called |

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|---|---|---|---|
| 10. | Jason Cunningham<br>Fire Dept. | Will testify arrived at scene after Mr. Huff died and facts and circumstances surrounding scene | May be Called |
| 11. | Matthew Nels<br>Fire Dept. | Will testify arrived at scene after Mr. Huff died and facts and circumstances surrounding scene | May be Called |
| 12. | Matthew Decker<br>EMS personnel | Will testify arrived at scene after Mr. Huff died and facts and circumstances surrounding scene | May be Called |
| 13. | Taylor Miller<br>EMS personnel | Will testify arrived at scene after Mr. Huff died and facts and circumstances surrounding scene | May be Called |
| 14. | Pharon Muller<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Will testify as to facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | May be Called |

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|---|---|---|---|
| 15. | Jonathan Tietz<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Will testify as to facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | May be Called |
| 16. | Daylen Rivers<br>Jailer<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Will testify discovered Mr. Huff unresponsive at 1813 hours; will testify as to facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | May be Called |
| 17. | Amanda Pester<br>Jailer<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Will testify discovered Mr. Huff unresponsive at 1813 hours; will testify as to facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | Expected |

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|---|---|---|---|
| 18. | Rickie Callender<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Was on shift at time Mr. Huff died; will testify as to facts and circumstances surrounding activities at time of his death; facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | May be Called |
| 19. | Austin White<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Was on shift at time Mr. Huff died; will testify as to facts and circumstances surrounding activities at time of his death; facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | Expected |

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|-----|-----------|--------------------|--------------------------|
| 20. | Kera Marshall<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Was on shift at time Mr. Huff died; will testify as to facts and circumstances surrounding activities at time of his death; facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | May be Called |
| 21. | Jacob Hawkins<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Was on shift at time Mr. Huff died; will testify as to facts and circumstances surrounding activities at time of his death; facts and circumstances related to organization, rules, policies and procedures related to Garfield County Sheriff's Office; use of restraint chairs and matters related to Anthony Huff | May be Called |

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|-----|-----------|--------------------|--------------------------|
| 22. | Shawna Galusha<br>Garfield County Sheriff's Office<br>P.O. Box 1866<br>Enid, OK 73702 | Deposed. Will testify was on shift at time Mr. Huff died; will testify as to facts and circumstances surrounding activities at time of his death, policies and procedures related to use of restraint chair and circulation checks | Expected |
| 23. | Vanisa Jo Gay, LPN<br>424 N. Short<br>Ringwood, OK 73768 | Will testify as to observations of Mr. Huff on June 7, 2016; pattern and practice of Turn Key and treatment of detainees, inmates and Mr. Huff | Expected |
| 24. | Lela Goatley, NP<br>27557 91st Road<br>Arkansas City, KS 67005 | Deposed. Will testify as to observations of Mr. Huff on June 7, 2016; pattern and practice of Turn Key and treatment of detainees, inmates and Mr. Huff | Expected |
| 25. | Vanessa Adkinson<br>4056 Diamond Ridge View<br>Colorado Springs, CO 80918 | Will testify as to facts and circumstances related to complaints to Garfield County Sheriff's office cutting off video feed, policies and procedures related to treatment of detainees/inmates before the detention of Mr. Huff, and prior notice of issues to Sheriff's office | Expected |

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|---|---|---|---|
| 26. | Cory Rink<br>Address unknown at this time | Will testify as to policies and procedure of Garfield County Sheriff's office, policies and procedures related to operations of jail and treatment of detainees and inmates | May be Called |
| 27. | Lloyd Cross<br>Address unknown at this time | Will testify as to policies and procedure of Garfield County Sheriff's office, policies and procedures related to operations of jail and treatment of detainees and inmates | May be Called |
| 28. | Steve Tanio<br>1600 Main St.<br>Woodward, OK 73801 | Will testify as to policies and procedure of Garfield County Sheriff's office, policies and procedures related to operations of jail and treatment of detainees and inmates | May be Called |
| 29. | Venessa Eden<br>729 N. 14th<br>Enid, OK 73701 | Will testify as to facts and circumstances surrounding events leading to Mr. Huff's death | Expected |
| 30. | Elaine Raines (Nelson)<br>1020 S. 10th St.<br>Enid, OK 73701 | Will testify as to facts and circumstances surrounding events leading to Mr. Huff's death | Expected |

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|---|---|---|---|
| 31. | Arturo Saldana<br>10716 N. Council Rd., Apt. 11<br>Oklahoma City, OK | Will testify as to facts and circumstances surrounding events leading to Mr. Huff's death | May be Called |
| 32. | Joel Marquez<br>William S. Key Correctional Center.<br>One William S. Key Blvd.<br>Ft. Supply, OK 73841 | Will testify as to facts and circumstances surrounding events leading to Mr. Huff's death | May be Called |
| 33. | Charles Dancer<br>OSBI<br>723 S. Lewis<br>Stillwater, OK 74076 | Will testify as to facts and circumstances surrounding events leading to Mr. Huff's death | Expected |
| 34. | Marc Harrison<br>Medical Examiner<br>901 N. Stonewall<br>Oklahoma City OK 73117 | Medical Examiner will testify as to the autopsy and his findings | Expected |
| 35. | Trent Smith<br>Oklahoma City, OK | Principal of Turn Key will testify as to facts and circumstances, and conduct, of Turn Key in providing health services to detainees and prisoners in jails located in Oklahoma. | Expected |
| 36. | Vonda Gatson<br>Enid, OK | Anthony Huff's sister will testify as to facts and circumstances surrounding her brother | Expected |
| 37. | Valgene Webster<br>Enid, OK | Anthony Huff's cousin will testify as to facts and circumstances surrounding his cousin | Expected |

10

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|---|---|---|---|
| 38. | Carlos Torres | Will testify as to facts and circumstances surrounding the use of the restraint chair in Garfield County | May be Called |
| 39. | JP Mullen | Will testify as to facts and circumstances surrounding the use of the restraint chair in Garfield County Detention Center | Expected |
| 40. | Jack McFadden | Will testify as to treatment of inmates or detainees at the Garfield County Detention Center | |
| 41. | Ronald F. Distefano, D.O.<br>3460 E. 76th Street<br>Tulsa, OK 74136 | Expert.<br>Will testify as to standards of care of medicine in treating people like Plaintiff for alcohol withdrawals | Expected |
| 42. | Jeffrey Schwartz<br>1610 La Pradera Dr.<br>Campbell, CA 95008 | Consultant. May become testifying expert<br>Will testify as to standards of care and acceptable policies and procedures related to the use of restraint chairs and treatment of inmates/detainees in jail | Expected |

11

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|---|---|---|---|
| 43. | Jillian Unger<br>1309 E. Cherry<br>Enid, OK | Will testify as to facts and circumstances surrounding his conduct that led to charges being filed in Case No. CF-2011-4 in Garfield County, and his statements that "I don't give a shit about people so why care about the cat" and threat toward her. | Expected |
| 44. | Lyndsie Davis<br>Enid, OK | Will testify as to issues related to conduct and actions related to John Markus | Expected |
| 45. | Officer Shawn Ramsey<br>Badge No. 801<br>Enid, OK | Will testify as to facts and circumstances surrounding investigation and charges into John Robert Markus in December 2010/January 2011. | Expected |
| 46. | John Roache, Ph.D.<br>UTHSC<br>7703 Floyd Curl Drive<br>San Antonio, TX 78229 | Expert will testify as to how alcohol and detoxification and affects on body, impact on Mr. Huff, how to treat and diagnose conditions | Expected |
| 47. | Cheri Weber<br>Garfield County Sheriff's Office | Facts and circumstances surrounding operations at the jail, policies and procedures related to Sheriff's office and facts and circumstance surrounding Mr. Huff's death | May be Called |

| No. | Witnesses | Proposed Testimony | Expected / May Be Called |
|---|---|---|---|
| 48. | Dariel Momsen<br>Garfield County Sheriff's Office | Facts and circumstances surrounding operations at the jail, policies and procedures related to Sheriff's office and facts and circumstance surrounding Mr. Huff's death | May be Called |
| 49. | Espaniola Bowen<br>Oklahoma State Dept. Of Health | Will testify as to her inspection of the Jail and investigation related to Mr. Huff's death | May be Called |
| 50. | Flint Junod<br>c/o Johnson Hanan Vosler | Deposed. Will testify about matters related to Turn Key policies and procedures, contract with Garfield County | Expected |
| 51. | All witnesses listed by all other parties, whether called or not | | |
| 52. | All witnesses whose identifies are determined during the course of discovery | | |

**EXHIBIT LIST**

Plaintiff, James Graham, as Special Administrator for the Estate of Anthony Huff, deceased, may offer any or all of the following exhibits in his case in chief during trial. Plaintiff reserves the right to amend or supplement his exhibit list upon completion of discovery.

| No. | Description | Expected / May Be Used |
|---|---|---|
| 1. | Video of Mr. Huff in the chair | Expected |

| No. | Description | Expected / May Be Used |
|---|---|---|
| 2. | Enid Police Department of June 4, 2016, Incident/Offense Report | Expected |
| 3. | Incident report (SDT 1-2) | Expected |
| 4. | Booking sheet of 6.4.16 (SDT 3) | Expected |
| 5. | Garfield County Medical / Mental Screening 3/14/14 (SDT 0006-007) | Expected |
| 6. | Restraint Chair Log Sheet  (SDT 8-10) | Expected |
| 7. | Shift Log (Starts with Day Shift 6.3.16) (SDT 11-48) | Expected |
| 8. | Incident Report (SDT 46-51) | Expected |
| 9. | Release Sheet (SDT 52) | Expected |
| 10. | June 8, 2016, statement of Jacob Hawkins (SDT 62) | Expected |
| 11. | June 8, 2016, statement of Amanda Pester (SDT 61) | Expected |
| 12. | June 8, 2016, statement of Shawn Galusha (SDT 65) | Expected |
| 13. | June 8, 2016, statement of Daylen Rivers (SDT 63) | Expected |
| 14. | June 8, 2016, statement of Rickie Callender (SDT 64) | Expected |
| 15. | June 8, 2016, statement of Kera Marshall (SDT 66) | Expected |
| 16. | Jail Incident Report | Expected |
| 17. | Undated Note from Elaine Nelson (SDT 70) | Expected |
| 18. | Release Sheet (SDT 52-53) | Expected |
| 19. | Use of Force Report dated 6.6.16. (SDT 54) | Expected |
| 20. | Speed letter from S. Galusha to Rickie Callender (SDT 55) | Expected |

| No. | Description | Expected / May Be Used |
|---|---|---|
| 21. | Speed letter from S. Galusha to Amanda Pester (SDT 57) | Expected |
| 22. | Procedures for Use of Restraint Chair | Expected |
| 23. | Safety Restraint Chair Instructions by Manufacturer (Safety Restraint Chair Inc. For SureGuard Correctional Chair) | Expected |
| 24. | Oklahoma State Department of Health Jail Standards CH. 670 | Expected |
| 25. | June 8, 2016 Patient Care Record | Expected |
| 26. | Medical records related to Mr.Huff | Expected |
| 27. | Photographs of Mr. Huff (Huff 1580-1586) | Expected |
| 28. | Drawings and artwork by Mr. Huff (Huff 1587-1602) | Expected |
| 29. | Attorney General Opinion 88-45 (Ops.Okla.Atty.Gen. 1989) Nepotism | Expected |
| 30. | Pleadings contained in Estate of Davis v. Turn Key Health Clinics, LLC, et al., Case No. CIV-17-807 | May be Called |
| 31. | Pleadings contained in Marez v. Turn Key Health Clinics, LLC., et al, Case No. (Cleveland County) | May be Called |
| 32. | Pleadings contained in Pruett v. Turn Key Health Clinics, LLC., et al, Case  No.  (Cleveland County) | May be Called |
| 33. | Pleadings contained in Foutch v. Turn Key Health Clinics, LLC., et al., Case No. CIV-17-431 (Eastern District of Oklahoma) | May be Called |
| 34. | April 4, 2016, letter from Eddie Wyant to Sheriff Niles (Ex. 32 to J.Niles dep.) | Expected |
| 35. | Plea of Guilty by Jennifer Shay Niles, Case No. CF-18-79 filed in District Court of Garfield County | Expected |

| No. | Description | Expected / May Be Used |
|-----|-------------|------------------------|
| 36. | Sentence on plea of Guilty of Jennifer Shay Niles, April 30, 2019, Case No. CF-18-79 filed in District Court of Garfield County, State of Oklahoma | Expected |
| 37. | Transcript of Sentencing Hearing of Jennifer Shay Niles on April 30, 2019 | Expected |
| 38. | lea of Guilty and/or No Contest of Shawn Galusha dated March 11, 2019 in District Court of Garfield County, State of Oklahoma, Case No. CF-18-78. | Expected |
| 39. | Plea of Guilty of John Markus dated March 11, 2019, in District Court of Garfield County, State of Oklahoma, Case No. CF-18-77. | Expected |
| 40. | January 2011 Criminal Felony Amended Information related to John Robert Markus | Expected |
| 41. | Affidavit of Shawn Ramsey signed December 18, 2010. | Expected |
| 42. | Photographs of Restraint Chair | Expected |
| 43. | Manufacturer's information related to Restraint Chair | Expected |
| 44. | Photographs of area of Jail | Expected |
| 45. | Diagram of area of Jail where Mr. Huff was confined and surrounding areas | Expected |
| 46. | Policies and procedures of Garfield County Detention Facility (00831-878) | Expected |
| 47. | Policies and procedures of Garfield County Detention Facility related to Restraint Chair in force at time of Mr. Huff's death  (Ex. 28 to J. Niles dep.) | Expected |
| 48. | Medical Mental Screening of Mr. Huff dated 1/10/16 (Ex. 25 to Galusha dep.) | Expected |
| 49. | Medical Intake Form  Mental Screening of Mr. Huff dated 5/13/16 (Ex. 26 to Galusha dep.) | Expected |

| No. | Description | Expected / May Be Used |
|-----|-------------|------------------------|
| 50. | Section 019 Restraint Chair/Restraints (11-12) in force at time of Mr. Huff's death. | Expected |
| 51. | Procedures for Use of the Restraint Chair (Attachment D OP-050108 | Expected |
| 52. | Turn Key Policies and Procedures related to Intoxication and Withdrawal (Huff-PP0001-03) | Expected |
| 53. | Policies and Procedure Development and Review (Huff PP0004-0005) | Expected |
| 54. | Policies and Procedure Development and Review Orientation for Health Staff (0006-0007) | Expected |
| 55. | Policies and Procedure Development and Review Pharmaceutical and Medication Management (Huff PP 0026-0028). | Expected |
| 56. | Contract between Turn Key and Garfield County (Huff GC0005-0019) | Expected |
| 57. | Turn Key insurance policy limits for policy applicable to June of 2016 (AMWINS 2709-2711) | Expected |
| 58. | Documents from prior booking showing hisotry of withdrawals | Expected |
| 59. | Day Shift Handwritten Logs (2357-2361) (Ex. 19 to Markus dep.) | Expected |
| 60. | Handwritten Shift Notes starting June 6, 2016 (Ex. 20 to Markus dep.) | Expected |
| 61. | Use of Force Report (Ex. 21 to Markus dep.) | Expected |
| 62. | Restraint Chair Log Sheet related to Huff starting 6/6/16@1151 by Markus and Vanessa (Ex. 22 to Markus dep.) | Expected |
| 63. | (A-I) Photographs of Mr. Huff , chair and scene taken at jail after he died) | Expected |
| 64. | Enid Police Dept. Uniform Incident/Offense Report (Arrest Report) of June 4, 2016 (2 pages by A. Burkes, ID # 9001) | Expected |

| No. | Description | Expected / May Be Used |
|-----|-------------|------------------------|
| 65. | Sick Call Request Form of May 14, 2014 (TK0021) | Expected |
| 66. | ED Physician Record (5/4/16) (TK23-37). | Expected |
| 67. | Provider Note of 5/17/16 related to Mr. Huff signed by Goatley (TK 0038) | Expected |
| 68. | Medication Administration Record for Mr. Huff dated May 2016 (TK 0039) | Expected |
| 69. | Financial Records of Defendant Turn Key | Expected |
| 70. | Turn Key Tax Information TK-TAX 0001-0099 (For Second Stage/Punitive Damages Portion of Trial only) | Expected |
| 71. | Turn Key Financial Information TK-FIN0001-0003 (For Second Stage Punitive Damages Portion of Trial only). | Expected |
| 72. | Turn Key Proposal to Garfield County Huff - GC 001-004 | Expected |
| 73. | Turn Key Contract with Garfield County Huff-GC 005-018 | Expected |
| 74. | Expert Report of John Roache, Ph.D. | Expected |
| 75. | CV of John Roache, Ph.D. | Expected |
| 76. | Expert Report of Jeffrey Schwartz | Expected |
| 77. | CV of Jeffrey Schwartz | Expected |
| 78. | Medical Records related to Mr. Huff obtained by Jail on May 13, 2016 (SDT 92-101) related to care | Expected |
| 79. | Garfield County Medical / Mental Screening 3/6/13 (SDT 109-110) | Expected |
| 80. | All records or exhibits listed by all other parties, and not objected to by Plaintiff. | |
| 81. | All exhibits obtained during the course of discovery. | |

18

*s/David B. Donchin*

David B. Donchin, OBA #10783
Hilary S. Allen, OBA #16979
Jennifer K. Christian, OBA #21628
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone:  (405) 235-9584
Facsimile:  (405) 235-0551
dlb@dlb.net
          - and -
Eddie Wyant, OBA #15133
Wyant Law Firm, P.L.L.C.
PO Box 508 - 205 W Maple, Suite 102
Enid, OK 73702
Telephone: (580) 233-7799
Facsimile: (580) 297-5121
eddie@wyantlawfirm.com
            - and -
Randy J. Long, OBA #5515
Clint A. Claypole, OBA #30045
Reagan D. Allen, OBA #19739
Long, Claypole & Blakley Law, PLC
PO Box 3623 - 122 W Randolph
Enid, OK 73702
Telephone:  (580) 233-5225
Facsimile:  (580) 233-3522
randy@lcb.law
clint@lcb.law
reagan@lcb.law
Attorneys for Plaintiff, James Graham, as Special Administrator for the Estate of Anthony Huff, deceased

## CERTIFICATE OF SERVICE

☒I hereby certify that on September 3, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Chris J. Collins, OBA #1800
Jordan L. Miller, OBA #30892
Collins, Zorn & Wagner, P.C.
429 NE 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
cjc@czwlaw.com
jlm@czwlaw.com
Attorneys for Defendants, Board of County
Commissioners of the County of Garfield; and
The Sheriff of Garfield County, in his Official
Capacity

David W. Lee, OBA #5333
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, P.C.
528 NW 12th Street
Oklahoma City, OK 73103-2407
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
dwlee@riggsabney.com
          - and -
Donald M. Bingham, OBA #794
Sharon K. Weaver, OBA #19010
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, a P.C.
The Frisco Building
502 W 6th Street
Tulsa, OK 74119-1010
Telephone: (918) 587-3161
Facsimile: (918) 587-9708
don_bingham@riggsabney.com
sweaver@riggsabney.com
Attorney for Defendant, Garfield County
Criminal Justice Authority

Robert Todd Goolsby, OBA #12676
James L. Gibbs, II, OBA #15689
Goolsby, Proctor, Heefner & Gibbs, P.C.
701 N Broadway Ave., Suite 400
Oklahoma City, OK 73102-6006
Telephone: (405) 524-2400
Facsimile: (405) 525-6004
jgibbs@gphglaw.com
tgoolsby@gphglaw.com
Attorneys for Defendant, Jerry Niles,
individually

Robert S. Lafferrandre, OBA #11897
Randall J. Wood, OBA #10531
Carson C. Smith, OBA #22303
Pierce, Couch, Hendrickson,
Baysinger & Green, L.L.P.
1109 N Francis Ave.
Oklahoma City, OK 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
csmith@piercecouch.com
Attorneys for Defendant, Jennifer Niles

Alexander C. Vosler, OBA #19589
Sean P. Snider, OBA #22307
Paulina Thompson, OBA #31736
Johnson, Hanan and Vosler
9801 N Broadway Extension
Oklahoma City, OK 73114
Telephone: (405) 232-6100
Facsimile: (405) 232-6105
avosler@johnsonhanan.com
ssnider@johnsonhanan.com
pthompson@johnsonhanan.com
Attorneys for Defendants, Turn Key Health
Clinics and Lela Goatley

*s/David B. Donchin*
David B. Donchin

9996.0156\#17913513v1<OKC> -2019.09-03 Pf Huff Final Witness & Exhibit List (WEL)