UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES GRAHAM, as SPECIAL ADMINISTRATOR for the ESTATE OF ANTHONY HUFF, Deceased,<br><br>  Plaintiffs,<br><br>vs.<br><br>(1) GARFIELD COUNTY CRIMINAL JUSTICE AUTHORITY, an Oklahoma Title 60 authority;<br>(2) BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GARFIELD, a Political Subdivision of the State of Oklahoma;<br>(3) JERRY NILES, individually;<br>(4) THE SHERIFF OF GARFIELD COUNTY, in his Official Capacity;<br>(5) JENNIFER NILES, individually and in her official capacity as Jail Administrator of the Garfield County jail;<br>(6) TURN KEY HEALTH CLINICS, LLC, an Oklahoma limited liability corporation;<br>(7) LELA GOATLEY, an individual; and<br>(8-10) JOHN DOES (1-3), unknown individuals who were involved but not yet identified,<br><br>  Defendants. | Case No. 5:17-cv-00634-SLP |

**JOINT DISMISSAL WITH PREJUDICE OF CERTAIN DEFENDANTS**

The Plaintiff, James Graham, as Special Administrator for the Estate of Anthony Huff, deceased, by and through his attorneys of record, David B. Donchin, Clint A. Claypole and Eddie Wyant, joining with Defendants Garfield County Criminal Justice Authority, by and through its attorney of record, David W. Lee; Jerry Niles, by and through his attorney of record, Robert Todd Goolsby; The Sheriff of Garfield County, in his official capacity, by and through its attorney of record, Chris J. Collins; Jennifer Niles, by and

through her attorney of record, Robert S. Lafferrandre; and Turn Key Health Clinics, LLC and Lela Goatley, by and through their attorney of record, Alexander C. Vosler, and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims against all Defendants are dismissed with prejudice except for Plaintiff's claim against the Board of County Commissioners of the County of Garfield, a political subdivision of the State of Oklahoma. This Dismissal With Prejudice includes all claims against all John Doe Defendants, identified in the above caption as "John Does (1-3), unknown individuals who were involved but not yet identified."

*s/David B. Donchin*
David B. Donchin, OBA #10783
Hilary S. Allen, OBA #16979
Jennifer K. Christian, OBA #21628
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Phone: 405/235-9584; Fax:405/ 235-0551
dlb@dlb.net
    - and -
Eddie Wyant, OBA #15133
Wyant Law Firm, P.L.L.C.
PO Box 508 - 205 W Maple, Suite 102
Enid, OK 73702
Phone: 580/ 233-7799; Fax: 580/ 297-5121
eddie@wyantlawfirm.com
    - and -
Randy J. Long, OBA #5515
Clint A. Claypole, OBA #30045
Reagan D. Allen, OBA #19739
Long, Claypole & Blakley Law, PLC
PO Box 3623 - 122 W Randolph
Enid, OK 73702
Phone: 580/233-5225; Fax: 580/ 233-3522
randy@lcb.law; clint@lcb.law
reagan@lcb.law
Attorneys for Plaintiff, James Graham, as Special Administrator for the Estate of Anthony Huff, deceased

*s/David W. Lee*
David W. Lee, OBA #5333
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, P.C.
528 NW 12th Street
Oklahoma City, OK 73103-2407
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
dwlee@riggsabney.com
    - and -
Donald M. Bingham, OBA #794
Sharon K. Weaver, OBA #19010
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, a P.C.
The Frisco Building
502 W 6th Street
Tulsa, OK 74119-1010
Telephone: (918) 587-3161
Facsimile: (918) 587-9708
don_bingham@riggsabney.com
sweaver@riggsabney.com
Attorney for Defendant, Garfield County Criminal Justice Authority
*(Signed by Filing Attorney with permission of Defendant Garfield County Criminal Justice Authority Attorney)*

| | |
|---|---|
| *s/Chris J. Collins* | *s/Robert Todd Goolsby* |
| Chris J. Collins, OBA #1800 | Robert Todd Goolsby, OBA #12676 |
| Jordan L. Miller, OBA #30892 | James L. Gibbs, II, OBA #15689 |
| Collins, Zorn & Wagner, P.C. | Goolsby, Proctor, Heefner & Gibbs, P.C. |
| 429 NE 50th Street, Second Floor | 701 N Broadway Ave., Suite 400 |
| Oklahoma City, OK 73105 | Oklahoma City, OK 73102-6006 |
| Telephone: (405) 524-2070 | Telephone: (405) 524-2400 |
| Facsimile: (405) 524-2078 | Facsimile: (405) 525-6004 |
| cjc@czwlaw.com | jgibbs@gphglaw.com |
| jlm@czwlaw.com | tgoolsby@gphglaw.com |
| Attorneys for Defendants, Board of County Commissioners of the County of Garfield; and The Sheriff of Garfield County, in his Official Capacity | Attorneys for Defendant, Jerry Niles, individually |
| *(Signed by Filing Attorney with permission of Defendants Board of County Commissioners of the County of Garfield; and The Sheriff of Garfield County, in his Official Capacity Attorney)* | *(Signed by Filing Attorney with permission of Defendant Jerry Niles, individually, Attorney)* |
| | |
| *s/Robert S. Lafferrandre* | *s/Alexander C. Vosler* |
| Robert S. Lafferrandre, OBA #11897 | Alexander C. Vosler, OBA #19589 |
| Randall J. Wood, OBA #10531 | Sean P. Snider, OBA #22307 |
| Carson C. Smith, OBA #22303 | Johnson, Hanan and Vosler |
| Pierce, Couch, Hendrickson, Baysinger & Green, L.L.P. | 9801 N Broadway Extension |
| 1109 N Francis Ave. | Oklahoma City, OK 73114 |
| Oklahoma City, OK 73106 | Telephone: (405) 232-6100 |
| Telephone: (405) 235-1611 | Facsimile: (405) 232-6105 |
| Facsimile: (405) 235-2904 | avosler@johnsonhanan.com |
| rlafferrandre@piercecouch.com | ssnider@johnsonhanan.com |
| rwood@piercecouch.com | Attorneys for Defendants, Turn Key Health Clinics and Lela Goatley |
| csmith@piercecouch.com | *(Signed by Filing Attorney with permission of Defendants Turn Key Health Clinics and Lela Goatley Attorney)* |
| Attorneys for Defendant, Jennifer Niles | |
| *(Signed by Filing Attorney with permission of Defendant Jennifer Niles Attorney)* | |

9996.0156\17953203_1\2019.12-05 Dismissal With Prejudice of Certain Defendants