IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) JAMES GRAHAM, as SPECIAL )
    ADMINISTRATOR for the )
    ESTATE OF ANTHONY HUFF, )
    Deceased, )
     )
        Plaintiff, )
     )
vs. ) Case No. 17-cv-634-SLP
     )
(1) GARFIELD COUNTY )
    CRIMINAL JUSTICE )
    AUTHORITY, an Oklahoma Title )
    60 authority; *et al.* )
     )
        Defendants. )

## JOINT MOTION FOR ENTRY OF JUDGMENT

The Plaintiff and Defendant Board of County Commissioners of the County of Garfield, a political subdivision of the State of Oklahoma ("Garfield County"), jointly move that the Court enter judgment in favor of Plaintiff and against Garfield County, for the following reasons:

1. Plaintiff and Garfield County have entered into a compromise settlement agreement, pursuant to which they jointly request the entry of a judgment whose terms have been approved by them.

2. Plaintiff and Garfield County respectfully submit that the entry of their proposed judgment will terminate the instant action in its entirety, because all other Defendants have been dismissed with prejudice.

3. Plaintiff and Garfield County have carefully considered the content of their proposed judgment, and they desire to resolve by compromise all claims and issues that have been or could have been asserted in this action.

4. Accompanying this motion, having been marked "Exhibit 1," is the judgment that Plaintiff and Garfield County ask the Court to enter.

5. The facts set forth in the proposed judgment, Exhibit 1, are true and correct.

6. Good cause exists to enter the proposed judgment. Plaintiff and Garfield County agree that there will be no need to continue the instant action if the Court enters judgment as requested by them. In addition, the entry of a judgment will facilitate payment of the settlement amount to Plaintiff, in that Oklahoma law authorizes a specific procedure for payment of a judgment that has been entered against a political subdivision of the State.

WHEREFORE, Plaintiff and Garfield County jointly move that the Court enter judgment in favor of Plaintiff and against Garfield County, per the accompanying proposed judgment (Exhibit 1).

Respectfully submitted,

James Graham, as Special Administrator of the Estate of Anthony Huff, Deceased, Plaintiff

By: __s/*David B. Donchin*__
David B. Donchin, OBA #10783
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
(405) 235-9584
(405) 234-0551 Facsimile
dlb@dlb.net
*Attorneys for Plaintiff*

- and -

Board of County Commissioners of the County of Garfield, a political subdivision of the State of Oklahoma, Defendant

By: __s/*Chris J. Collins*__
Chris J. Collins, OBA No. 1800
Jordan L. Miller, OBA No. 30892
COLLINS, ZORN & WAGNER, P.C.
429 NE 50th, Second Floor
Oklahoma City, Oklahoma 73105
(405) 524-2070
(405) 524-2078 – Facsimile
cjc@czwlaw.com
*Attorneys for Defendant Board of County Commissioners of the County of Garfield*
*(Signed by Filing Attorney with permission of Defendant Board of County Commissioners of the County of Garfield Attorney)*