IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|   |   |   |
|---|---|---|
| (1) | JAMES GRAHAM, as SPECIAL ADMINISTRATOR for the ESTATE OF ANTHONY HUFF, Deceased, | ) ) ) ) ) |
|   | Plaintiff, | ) ) |
| vs. |   | ) Case No. 17-cv-634-SLP ) |
| (1) | GARFIELD COUNTY CRIMINAL JUSTICE AUTHORITY, an Oklahoma Title 60 authority; | ) ) ) ) |
| (2) | BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GARFIELD, a Political Subdivision of the State of Oklahoma; | ) ) ) ) ) |
| (3) | JERRY NILES, individually; | ) |
| (4) | THE SHERIFF OF GARFIELD COUNTY, in his Official Capacity, | ) ) |
| (5) | JENNIFER NILES, individually and in her official capacity as Jail Administrator of the Garfield County jail; | ) ) ) ) |
| (6) | TURN KEY HEALTH CLINICS, LLC, an Oklahoma limited liability corporation; | ) ) ) |
| (7) | LELA GOATLEY, an individual; and, | ) ) |
| (8-10) | JOHN DOES (1-3), unknown individuals who were involved but not yet identified, | ) ) ) ) |
|   | Defendants. | ) ) |

## JUDGMENT

Based upon the parties' stipulations and joint submissions, the Court enters judgment and makes the following findings of fact and conclusions of law:

**EXHIBIT 1**

1. Defendant Board of County Commissioners of the County of Garfield and the Plaintiff James Graham, as Special Administrator for the Estate of Anthony Huff, Deceased, have agreed to compromise and settle all matters in controversy. All other Defendants in this action have been or will be dismissed with prejudice.

2. Defendant Board of County Commissioners of Garfield County has agreed to the entry of a judgment against the County, in favor of Plaintiff and payable in three equal annual installments pursuant to Okla. Stat. tit. 62, § 365.5, beginning in 2021, together with post-judgment interest in accordance with 28 U.S.C. § 1961. No judgment will be sought by Plaintiff against any other Defendant. Garfield County retains the right to pre-pay, at any time, all or part of any amount or balance due under this Judgment, by using any lawful means or process.

3. The compromise settlement amount is Twelve Million and Five Hundred Thousand Dollars ($12,500,000.00), of which Four Million and Five Hundred Thousand Dollars ($4,500,000.00) has been or will be paid or tendered to Plaintiff by Garfield County, its insurer, and/or the Garfield County Criminal Justice Authority. Accordingly, Plaintiff and Garfield County jointly request entry of a judgment in the amount of Eight Million Dollars ($8,000,000.00).

4. The parties represent that they have consulted with attorneys of their choosing concerning the advisability of entering into this compromise agreement and represent that they voluntarily choose to submit this judgment for approval by the Court.

5. The amount of this Judgment is inclusive of all damages, attorneys' fees, liens, pre-judgment interest, costs, and litigation-related expenses.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment should be, and hereby is, entered in favor of Plaintiff and against Defendant Board of County Commissioners of the County of Garfield, a Political Subdivision of the State of Oklahoma, in the

amount of Eight Million Dollars ($8,000.000.00).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment is inclusive of all damages, attorneys' fees, liens, pre-judgment interest, costs, and litigation-related expenses, and is payable in three equal annual installments pursuant to Okla. Stat. tit. 62, § 365.5, beginning in 2021, together with post-judgment interest in accordance with 28 U.S.C. § 1961.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own attorneys' fees, costs, and litigation-related expenses.

_____
SCOTT L. PALK
UNITED STATES DISTRICT COURT JUDGE

**APPROVED AS TO FORM AND CONTENT:**