IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES GRAHAM, as SPECIAL ADMINISTRATOR for the ESTATE OF ANTHONY HUFF, Deceased<br><br>　　　　Plaintiff,<br><br>vs.<br><br>(1) GARFIELD COUNTY CRIMINAL JUSTICE AUTHORITY, an Oklahoma Title 60 authority;<br>(2) BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GARFIELD, a Political Subdivision of the State of Oklahoma;<br>(3) JERRY NILES, individually;<br>(4) THE SHERIFF OF GARFIELD COUNTY, in his Official Capacity;<br>(5) JENNIFER NILES, individually and in her official capacity as Jail Administrator of the Garfield County jail;<br>(6) TURN KEY HEALTH CLINICS, LLC, an Oklahoma limited liability corporation;<br>(7) LELA GOATLEY, an individual; and<br>(8-10) JOHN DOES (1-3), unknown individuals who were involved but not yet identified,<br><br>　　　　Defendants. | Case No. CIV-17-634-SLP |

**O R D E R**

Pursuant to the Court's Order [Doc. No. 159], Plaintiff and the law firm of Bryan & Terrill, Spencer Bryan, an individual, and Steven Terrill, an individual (collectively, B&T) have filed a Joint Notice of Status of Rulings by State Court [Doc. No. 164] and a Joint Supplemental Notice of Rulings by State Court [Doc. No. 165]. Plaintiff and B&T represent that an agreed upon Journal Entry of Judgment has been entered in the state court

2

probate proceedings.  *See* Journal Entry [Doc. No. 165-1].  It now appears the following Motions pending before this Court are moot: (1) Bryan & Terrill Law, PLLC's Combined Motion to Reopen Case and Intervene as Interested Party and Brief in Support [Doc. No. 154]; and (2) Plaintiff's Application to Require Former Counsel to Agree to Deposit of Settlement Proceeds in IOLTA Account of Litigation Counsel and for Order Allowing Disbursement of Undisputed Settlement Proceeds [Doc. No. 155]. Plaintiff and B&T, however, have not addressed the matter or otherwise moved to withdraw their respective pending motions.  Unless, within three days of the date of this Order the Court is advised otherwise, the Court will deny the pending motions as moot.

     IT IS SO ORDERED this 19th day of December, 2019.

                                                SCOTT L. PALK
                                                UNITED STATES DISTRICT JUDGE